# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GEORGE WARE, ADC #098144                                                           PLAINTIFF

v.                              2:13CV00157-DPM-JJV

OBI, Doctor, EARU, ADC; *et al.*                                                 DEFENDANTS

## ORDER

Service is appropriate for Defendants Debra Horton and Wendy Kelly.

The Clerk of the Court shall prepare summons for the Defendants. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2) and summons on the Defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 4th day of December, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE