**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GEORGE WARE, ADC #098144                                                    PLAINTIFF

v.                                      2:13CV00157-DPM-JJV

OBI, Doctor, EARU, ADC; *et al*.                                          DEFENDANTS

**<u>ORDER</u>**

Service is appropriate for Defendants Debra Horton and Wendy Kelly.

The Clerk of the Court shall prepare summons for the Defendants.  The United States

Marshal shall serve a copy of the Complaint (Doc. No. 2) and summons on the Defendants in care

of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box

20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 4th day of December, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE