# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

**GEORGE WARE**
**ADC #098144**                                                    **PLAINTIFF**

v.                           **No. 2:13-cv-157-DPM-JJV**

**OBI, Doctor, EARU, ADC; DEBRA HORTON,**
**Health Services Administrator, ADC; WENDY**
**KELLY, Assistant Director of Health Services,**
**ADC; and SCHOCK, Doctor, EARU, ADC**              **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss, № 40, is granted.  Horton and Kelly

are dismissed as defendants.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2014