IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GEORGE WARE
ADC #098144                                                        PLAINTIFF

v.                         No. 2:13-cv-157-DPM-JJV

NWANNEM OBI-OKOYE, Doctor, EARU, ADC
and SCHOCK, Doctor, EARU, ADC
DEFENDANTS

## ORDER

Unopposed recommendation, № 43, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motion for summary judgment, № 37, is granted as to Obi-Okoye and denied as moot as to Horton. The claims against Schock are dismissed on screening for lack of a constitutional claim.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2015