IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GEORGE WARE**
**ADC #098144**                                              **PLAINTIFF**

v.                              No. 2:13-cv-157-DPM

**NWANNEM OBI-OKOYE, Doctor, EARU, ADC;**
**DEBRA HORTON, Health Services Administrator,**
**ADC; WENDY KELLY, Assistant Director of**
**Health Services, ADC; and SCHOCK, Doctor,**
**EARU, ADC**                                              **DEFENDANTS**

## JUDGMENT

Ware's claims against Horton and Kelly are dismissed with prejudice. All claims against Schock are dismissed without prejudice. All other claims are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2015